FILED
CLERK, U.S. DISTRICT COURT
OCT 13 2021
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BANC OF CALIFORNIA NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 8:20-cv-00132-DOC-DFM<br><br>[~~PROPOSED~~] JUDGMENT |

The motion of defendant Federal Insurance Company ("Federal") for summary judgment (Dkt. 81) and the motion of Plaintiff Banc of California National Association ("Banc") for partial summary judgment (Dkt. 84) came on for hearing before this court on August 30, 2021. Carleton Burch of Anderson, McPharlin & Conners LLP appeared on behalf of Federal. Robert Wallan of Pillsbury Winthrop Shaw Pittman, LLP appeared on behalf of Banc.

On consideration of the papers and arguments of counsel this court issued its order on September 23, 2021 (Dkt. 129). By that order, this court granted Federal's motion for summary judgment and denied Banc's motion for partial summary judgment.

/ / /
/ / /

IT IS THEREFORE HERBY ORDERED AND ADJUDGED THAT Banc take nothing by its complaint, and that Federal recover its costs.

DATED: October 13, 2021

_David O. Carter_
Honorable David O. Carter
United States District Court Judge